# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                              Crim. No. 5:03-CR-359-1BO

MARSHALL EARL BATTLE

On November 30, 2012, the above named was placed on supervised release for a period of five years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                          Respectfully submitted,

/s/Michael C. Brittain                          /s/Timothy L. Gupton
Michael C. Brittain                             Timothy L. Gupton
Senior U.S. Probation Officer                   U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12 day of June, 2015.

Terrence W. Boyle
U.S. District Judge